UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| **GERRY WOOD AUTOMOTIVE, LLC EMPLOYEE BENEFITS PLAN and GERRY WOOD AUTOMOTIVE, LLC,** individually and on behalf of all those similarly situated,<br><br>**Plaintiffs,**<br><br>v.<br><br>**TEAM HEALTH HOLDINGS, INC. and AMERITEAM SERVICES, L.L.C.,**<br><br>**Defendants.** | Case 3:21-cv-00441 |

## PLAINTIFFS' NOTICE OF VOUNTARY DISMISSAL

Plaintiffs, GERRY WOOD AUTOMOTIVE, LLC EMPLOYEE BENEFITS PLAN and GERRY WOOD AUTOMOTIVE, LLC, individually and on behalf of all those similarly situated, by counsel, pursuant to F.R.C.P. 41(a)(1), hereby file this Notice of Voluntary Dismissal without prejudice against Defendants, TEAM HEALTH HOLDINGS, INC. and AMERITEAM SERVICES, L.L.C. Plaintiffs would show the Court that Defendant has not filed an Answer nor a Motion for Summary Judgment, and Rule 41(a)(1) is therefore appropriate in this cause. Each party shall bear their own costs and attorneys' fees in connection with this litigation. Plaintiffs request this Court to enter an order approving Dismissal of this action without prejudice.

Dated: August 3, 2021

/s/ *Mary A. Parker*
Mary A. Parker (TN Bar No. 06016)
PARKER & CROFFORD

5115 Maryland Way
Brentwood, TN 37027
615-244-2445 Tel
615-255-6037 Fax
mparker@parker-crofford.com

Mona L. Wallace (N.C. Bar No. 09021)
John S. Hughes (N.C. Bar No. 22126)
WALLACE & GRAHAM, P.A.
525 N. Main St.
Salisbury, NC 28144
704-633-5244 Telephone
mwallace@wallacegraham.com
jhughes@wallacegraham.com

Janet R. Varnell (FL Bar No. 71072)*
VARNELL AND WARWICK, P.A.
1101 E. Cumberland Ave.,Suite 201H, #105
Tampa FL 33602
Tel.: (352) 753-8600
jvarnell@vandwlaw.com
bwarwick@vandwlaw.com
mpeterson@vandwlaw.com

*Attorneys for Plaintiffs*

*Admitted Pro Hac Vice

## CERTIFICATE OF SERVICE

I hereby certify that on August 3, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

/s/ *Mary A. Parker*
Mary A. Parker