IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| GERRY WOOD AUTOMOTIVE, LLC EMPLOYEE BENEFITS PLAN and GERRY WOOD AUTOMOTIVE, LLC, *individually and on behalf of all those similarly situated*, <br><br> Plaintiffs, <br><br> v. <br><br> TEAM HEALTH HOLDINGS, INC. and AMERITEAM SERVICES, L.L.C., <br><br> Defendants. | NO. 3:21-cv-00441 <br> JUDGE RICHARDSON |

## ORDER

Plaintiffs have filed a Notice of Voluntary Dismissal. (Doc. No. 24). The Notice was filed prior to the Defendants filing an answer or motion for summary judgment. Under Fed. R. Civ. P. 41(a)(1)(A)(i), therefore, the Notice sufficed to dismiss this action without any action on the part of the Court. The Notice states that dismissal is without prejudice, and therefore under Rule 41(a)(1)(B), the dismissal is without prejudice. Accordingly, the Court acknowledges that this action has been **DISMISSED WITHOUT PREJUDICE** effective as of the time of the filing of the Notice, and the Clerk is directed to close the file. As a result, the pending Motion to Dismiss (Doc. No. 17) is **DENIED** as **MOOT**.

IT IS SO ORDERED.

*Eli Richardson*
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE